```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

HENRY DEWITT,

      Plaintiff,

v.                                   CASE NO. 3:06-cv-834-J-33HTS

MARTY RILEY, et al.,

      Defendants.

_____

**O R D E R**

This cause is before the Court sua sponte. On September 20, 2006, Plaintiff filed a document entitled Filing A Suit Allegations, for Libel by Public Figures[,] Demand for Retraction (Doc. #1; Complaint) and the Notice of Intent to Sue (Doc. #2; Notice). In the Notice, Plaintiff, who at the time of the filing of this suit was incarcerated at Jefferson Correctional Institution, asserts he "is an indigent person[.]" Notice at 1 (emphasis omitted). However, thirty days since the filing of the Complaint have passed, and he has filed no affidavit of indigency, or, in lieu thereof, paid the filing fee, as required by Rule 1.03(e), Local Rules, United States District Court, Middle District of Florida (Rule(s)).

Therefore, Plaintiff is directed to **SHOW CAUSE** within eleven (11) days from the date of this Order why it should not be recommended this case be dismissed for failure to comply with Rule 1.03(e).

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of February, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record
     and pro se parties, if any