```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

HENRY DEWITT,

       Plaintiff,

v.                                          CASE NO. 3:06-cv-834-J-33HTS

MARTY RILEY, et al.,

       Defendants.

_____

### **O R D E R**

On February 6, 2007, the Court entered an Order (Doc. #5; Show Cause Order) directing Plaintiff "to show cause within eleven (11) days from the date of this Order why it should not be recommended this case be dismissed for failure to comply with Rule 1.03(e)[,]" Local Rules, United States District Court, Middle District of Florida (Rule(s)).  Show Cause Order at 2 (capitalization and emphasis omitted).  Rule 1.03(e) requires the Clerk of the Court to "accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis" but states "a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action."

On February 16, 2007, the Court received Mr. Dewitt's response to the Show Cause Order, wherein he alleges "that he is without funds to file this . . . suit" and that his failure to comply with Rule 1.03(e) is due to being "shipped . . . from one medical place to another[.]"  Document entitled "For rule 1.03(e)" (Doc. #6; Response) (emphasis omitted).  In light of this, Plaintiff will be given until March 9, 2007, to either pay the required filing fee or submit an affidavit of indigency, a blank copy of which shall be sent to him by the Clerk's Office.  Failure to do so will result in a recommendation that this case be dismissed.

In view of the Response, the Show Cause Order (Doc. #5) is hereby **DISCHARGED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2007.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record
    and pro se parties, if any